**Fill in this information to identify the case:**

Debtor name    Clifton Hospitality Inc.

United States Bankruptcy Court for the    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    19-11094-1

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☑ Amended Schedule    207 - Statement of Financial Affairs
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/2/19        X _____
                                      Signature of individual signing on behalf of debtor

                                      Frank M. Carnevale
                                      Printed name

                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Clifton Hospitality Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-11094-1**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $781.02 | $781.02 |
| **2.2** Priority creditor's name and mailing address<br>**NYS Department of Tax & Finance**<br>**Bankruptcy Section**<br>P.O. Box 5300<br>Albany, NY 12205-0300<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $101,351.84 | $101,351.84 |

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87,394.65 | $87,394.65 |
|---|---|---|---|---|

**NYS Department of Tax & Finance**
**Bankruptcy Section**
**P.O. Box 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,929.47 | $9,929.47 |
|---|---|---|---|---|

**Office of the Saratoga County**
**Treasurer**
**Hotel Tax Department**
**40 McMaster Street**
**Ballston Spa, NY 12020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $442.08 |
|---|---|---|---|

**A-Verdi LLC**
**14150 Route 31**
**Savannah, NY 13146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $776.10 |
|---|---|---|---|

**Ale Solutions, Inc.**
**One W. Illinois Street, Ste #300**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318.40 |
|---|---|---|---|

**Ale Solutions, Inc.**
**One W. Illinois Street, Ste #300**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.75 |
|---|---|---|---|

**All Seasons Textile Services, Inc.**
9 Taylor Avenue
P.O. Box 222
Clinton, NY 13323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $906.30 |
|---|---|---|---|

**Alliance Reservations Network**
428 East Thunderbird Road, #247
Phoenix, AZ 85022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,414.96 |
|---|---|---|---|

**American Express**
P.O. Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,715.57 |
|---|---|---|---|

**American Hotel Register Company**
100 South Milwaukee Avenue
Vernon Hills, IL 60061-4305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0401

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,007.00 |
|---|---|---|---|

**AmTrust North America**
800 Superior Avenue E
Cleveland, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0487

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ascentium Capital LLC**
23970 Highway 59N
Kingwood, TX 77339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  5339

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,422.60 |
|---|---|---|---|

**Askco Electric Supply Inc.**
14 Cooper Street
P.O. Box 2176
Glens Falls, NY 12801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  COMSUI

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,774.15 |
|---|---|---|---|

**Assa Abloy Entrance Systems US Inc.**
1900 Airport Road
Monroe, NC 28110

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0045**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $538.65 |
|---|---|---|---|

**Assa Abloy Entrance Systems US Inc.**
1900 Airport Road
Monroe, NC 28110

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.56 |
|---|---|---|---|

**Booking.com**
P.O. 414462
Boston, MA 02241-4462

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $622.00 |
|---|---|---|---|

**Carbon's Golden Malted**
4101 William Richardson Drive
South Bend, IN 46628

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.06 |
|---|---|---|---|

**Casella Waste Services**
P.O. Box 1372
Williston, VT 05495-1372

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,189.49 |
|---|---|---|---|

**Celtic Bank**
c/o Kabbage
P.O. Box 77081
Atlanta, GA 30357

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,704.00 |
|---|---|---|---|

**Celtic Bank**
c/o Kabbage
P.O. Box 77081
Atlanta, GA 30357

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address

**Celtic Bank**
c/o Kabbage
P.O. Box 77081
Atlanta, GA 30357

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,800.00**

---

**3.19** | Nonpriority creditor's name and mailing address

**Century Linen**
335 North Main Street
Gloversville, NY 12078

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$150.48**

---

**3.20** | Nonpriority creditor's name and mailing address

**Choice Hotels International**
P.O. Box 99992
Chicago, IL 60696-7792

Date(s) debt was incurred __

Last 4 digits of account number  2803

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$71,759.85**

---

**3.21** | Nonpriority creditor's name and mailing address

**Choice Hotels International**
P.O. Box 99992
Chicago, IL 60696-7792

Date(s) debt was incurred __

Last 4 digits of account number  2803

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$49,841.05**

---

**3.22** | Nonpriority creditor's name and mailing address

**Choice Hotels International, Inc.**
Attn:  TMI
1 Choice Hotels Circle, Suite 400
Rockville, MD 20850

Date(s) debt was incurred __

Last 4 digits of account number  Y228

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$307,105.00**

---

**3.23** | Nonpriority creditor's name and mailing address

**Clifton Park Water Authority**
661 Clifton Park Center Road
Clifton Park, NY 12065

Date(s) debt was incurred __

Last 4 digits of account number  9413

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,497.87**

---

**3.24** | Nonpriority creditor's name and mailing address

**Commtrak**
17493 Nassau Commons Blvd
Lewes, DE 19958

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$202.79**

---

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$356.70**

**County Waste**
P.O. Box 431
Clifton Park, NY 12065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$283.55**

**Crisafulli Bros. Plumbing & Heating**
520 Livingston Avenue
Albany, NY 12206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0050

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00**

**Deep Blue Communications, LLC**
7 Century Hill Drive
Latham, NY 12110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.76**

**Dow Jones & Company**
c/o Allen Maxwell & Silver
P.O. Box 540
Fair Lawn, NJ 07410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1828

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$667.38**

**DSC Alarm**
P.O. Box 38216
Albany, NY 12203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$827.65**

**ECOLAB**
P.O. Box 32027
New York, NY 10087-2027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4176

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,133.57**

**ECOLAB**
P.O. Box 32027
New York, NY 10087-2027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4176

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,277.07 |
|---|---|---|---|

**Expedia, Inc.**
P.O. Box 844120
Dallas, TX 75284-4120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,197.60 |
|---|---|---|---|

**Frank M. Carnevale**
7 Northside Drive
Clifton Park, NY 12065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.97 |
|---|---|---|---|

**Functional Comm. Corp.**
23 Krey Blvd
Rensselaer, NY 12144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  3767

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,898.33 |
|---|---|---|---|

**Gauch Distributing**
474 North Greenbush Road
Rensselaer, NY 12144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $895.90 |
|---|---|---|---|

**Halpern Travel**
121 Loring Avenue, Suite 425
Salem, MA 01970

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,827.11 |
|---|---|---|---|

**HD Supply Facilities Maintenance, Ltd.**
P.O. Box 509058
San Diego, CA 92150-9058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  3773

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.15 |
|---|---|---|---|

**Industrial Chem Labs**
55 Brook Avenue
Deer Park, NY 11729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Clifton Hospitality Inc.** | Case number (if known)    19-11094-1 |
|---|---|---|
| | Name | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,881.40 |
|---|---|---|---|

**IOU Financial**
600 Town Park Lane, Suite 140
Kennesaw, GA 30144

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**KeyBank**
**Commercial Loan Department**
P.O. Box 94525
Cleveland, OH 44101-4525

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  6058

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,554.01 |
|---|---|---|---|

**Leland Paper Company, Inc.**
10 Leland Drive
Glens Falls, NY 12801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,600.00 |
|---|---|---|---|

**Leonardo Worldwide Corp.**
P.O. 311116
Detroit, MI 48231-1116

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,213.26 |
|---|---|---|---|

**Lew's Lawn Care**
12A New Shaker Road
Albany, NY 12205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $321.00 |
|---|---|---|---|

**Lew's Lawn Care**
12A New Shaker Road
Albany, NY 12205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267,815.59 |
|---|---|---|---|

**Lynn Carnevale**
7 Northside Drive
Clifton Park, NY 12065

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
|--------|--------------------------|------------------------|------------|
|        | Name |  |  |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,190.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Merchant Data Solutions**
207 NY 355
Poestenkill, NY 12140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,305.06 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Michigan Millers Mutual Insurance Co.**
c/o Arthur J. Gallagher Risk Mgmt Svcs
677 Broadway, 4th Floor
Albany, NY 12207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  841P

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,056.82 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Morgan Linen Service**
145 Broadway
Menands, NY 12204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $613.53 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**National Business Leasing**
505 Bradford Street
Albany, NY 12206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.65 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**National Business Technologies**
505 Bradford Street
Albany, NY 12206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  0927

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.20 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**National Grid**
300 Erie Boulevard West
Syracuse, NY 13252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  8000

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,058.92 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**National Grid**
300 Erie Boulevard West
Syracuse, NY 13252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  2001

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,189.49 |
|---|---|---|---|

NCB Management Services, Inc.
P.O. Box 1099
Langhorne, PA 19047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4768**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,849.92 |
|---|---|---|---|

New York State Department of Labor
Division of Labor Standards
State Office Building 12, Room 185A
Albany, NY 12240-0125

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0478**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,832.80 |
|---|---|---|---|

NYSEG
Corporate Offices
1387 Dryden Road
Ithaca, NY 14850-8810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,434.15 |
|---|---|---|---|

Onyx CenterSource
5420 Lyndon B. Johnson Fwy #900
Dallas, TX 75240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.53 |
|---|---|---|---|

Orkin
5 Hemlock Street
Latham, NY 12110-2235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4231**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,982.63 |
|---|---|---|---|

Otis Elevator Company
5500 Village Blvd, Suite 102
West Palm Beach, FL 33407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0159**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,078.00 |
|---|---|---|---|

Pattison Koskey Howe & Bucci PC
One Hudson City Center, Suite 203
Hudson, NY 12534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,681.21 |
|---|---|---|---|

**Performance Food Service**
12500 West Creek Parkway
Henrico, VA 23238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8618**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,186.93 |
|---|---|---|---|

**Price Chopper**
c/o TRS Recovery Services, Inc.
P.O. Box 60022
City of Industry, CA 91716-0022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3145**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $456.50 |
|---|---|---|---|

**Pro Tech Automatic Sprinklers**
59 Exchange Street
Albany, NY 12205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Quality Cleaners**
15 Park Avenue
Shopper's World Plaza
Clifton Park, NY 12065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2255**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,951.62 |
|---|---|---|---|

**R&D Industries, Inc.**
812 10th Street
Milford, IA 51351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **M002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,961.68 |
|---|---|---|---|

**RBM-Guardian Fire Protection, Inc.**
8 Enterprise Drive
Albany, NY 12204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.17 |
|---|---|---|---|

**RFID Hotel**
55 Skyline Drive, Suite 2850
Lake Mary, FL 32746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $795.96 |
|---|---|---|---|

**Sabre Hospitality Solutions**
3150 Sabre Drive
Southlake, TX 76092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6509**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $4,287.26 |
|---|---|---|---|

**Sam's Club/GECRB**
P.O. Box 530942
Atlanta, GA 30353-0942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2665**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $119.50 |
|---|---|---|---|

**Saratoga Eagle**
45 Duplainville Road
Saratoga Springs, NY 12866

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1830**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $505.70 |
|---|---|---|---|

**Sherwin Williams**
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3385**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,986.98 |
|---|---|---|---|

**Sonifi Solutions, Inc.**
3900 West Innovation Street
Sioux Falls, SD 57107-7002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8201**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,162.11 |
|---|---|---|---|

**Southern Glazer's of NY Upstate**
P.O. Box 4705
Syracuse, NY 13221-4705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8503**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $10,635.19 |
|---|---|---|---|

**Sunshine Landscaping**
733 Waite Road
Clifton Park, NY 12065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
|--------|--------------------------|------------------------|------------|
|        | Name |                      |            |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,188.94 |
|------|--------|--------|--------|

**Sysco Food Service**
**One Liebich Lane**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7549**

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,219.00 |
|------|--------|--------|--------|

**Telesys**
**251 New Karner Road**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,123.38 |
|------|--------|--------|--------|

**The Daily Gazette Co Inc.**
**P.O. Box 1090**
**Schenectady, NY 12301-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2354**

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,274.10 |
|------|--------|--------|--------|

**The Ice Farm Inc.**
**6500 New Venture Geer Drive, Suite 7594**
**East Syracuse, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,677.41 |
|------|--------|--------|--------|

**Time Warner Cable**
**P.O. Box 0872**
**Charlotte, NC 28272-0872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2001**

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241.16 |
|------|--------|--------|--------|

**Time Warner Cable**
**P.O. Box 0872**
**Charlotte, NC 28272-0872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1001**

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,216.32 |
|------|--------|--------|--------|

**Travel Tripper LLC**
**370 Lexington Avenue Suite 1601**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Clifton Hospitality Inc. | Case number (if known) | 19-11094-1 |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $398.50 |
|---|---|---|---|
| | **TravelNet**<br>9900 Hemingway Avenue<br>South Cottage Grove, MN 55016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,574.64 |
|---|---|---|---|
| | **Upstate Food Equipment**<br>P.O. Box 600<br>Baldwinsville, NY 13027 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $409.34 |
|---|---|---|---|
| | **W.B. Mason Co., Inc.**<br>59 Centre Street<br>Brockton, MA 02301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0019** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,726.71 |
|---|---|---|---|
| | **William Roam**<br>3131 North Franklin Road, Suite C<br>Indianapolis, IN 46226 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **193W** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $982.00 |
|---|---|---|---|
| | **World Web Technologies, Inc.**<br>P.O. Box 234<br>T1X 1K8<br>Chestermere, AB | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | AccountsReceivable.com<br>1806 33rd Street, Suite 180<br>Orlando, FL 32839 | Line **3.77**<br>☐ Not listed. Explain ____ | **7690** |
| 4.2 | Brennan & Clark<br>Attn: Dennis Miller<br>721 East Madison Street, Suite 200<br>Villa Park, IL 60181 | Line **3.47**<br>☐ Not listed. Explain ____ | **841P** |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor    **Clifton Hospitality Inc.**
_____
Name

Case number (if known)    **19-11094-1**

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 199,456.98 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,334,081.72 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,533,538.70 |

**Fill in this information to identify the case:**

Debtor name    **Clifton Hospitality Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-11094-1**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other   Room Revenue | **$1,361,245.89** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

| Debtor | Clifton Hospitality Inc. | | Case number (if known) | **19-11094-1** |
|---|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Frank M. Carnevale**<br>**422 Vischer Ferry Road**<br>**Clifton Park, NY 12065**<br>**Principal** | **1/1/18-12/31/18** | **$182,000.00** | **Salary** |
| 4.2.  **Dawn Maniccia**<br>**422 Vischer Ferry Road**<br>**Clifton Park, NY 12065** | **1/1/2018-12/31/2018** | **$31,000.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Noah Bank v. Clifton Hospitality, Inc.**<br>**20183182** | **Foreclosure** | **NYS Supreme Court,**<br>**Saratoga County**<br>**30 McMaster Street**<br>**Ballston Spa, NY 12020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **The Treasurer of Saratoga Count v. Park Manor Hotel, et al.** | | **NYS Supreme Court,**<br>**Saratoga County**<br>**30 McMaster Street**<br>**Ballston Spa, NY 12020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **NYS Dept. of Labor v. Debtor**<br>**LS06 2019000478** | **Labor Law Enforcement** | **New York State Department of Labor**<br>**Division of Labor Standards**<br>**State Office Building 12,**<br>**Room 185A**<br>**Albany, NY 12240-0125** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Debtor | Clifton Hospitality Inc. | Case number *(if known)* | **19-11094-1** |
|---|---|---|---|

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

11. Payments related to bankruptcy
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
    of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
    relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nolan Heller Kauffman LLP**<br>**80 State Street, 11th Floor**<br>**Albany, NY 12207** | $21,500 in aggregate | **May 2019,**<br>**June 2019** | $21,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. Self-settled trusts of which the debtor is a beneficiary
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Clifton Hospitality Inc. | Case number *(if known)* | **19-11094-1** |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

|  | **Address** | **Dates of occupancy From-To** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |

---

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| **Depository institution name and address** | **Names of anyone with access to it Address** | **Description of the contents** | **Do you still have it?** |

---

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Clifton Hospitality Inc.**                                          Case number (if known)  **19-11094-1**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **Clifton Hospitality Inc.**                                          Case number *(if known)*  **19-11094-1**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Michael Bucci**<br>**Pattison Koskey Howe & Bucci CPA's P.C.**<br>**One Hudson City Center, Suite 203**<br>**Hudson, NY 12534** | **1989-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Michael Bucci**<br>**Pattison Koskey Howe & Bucci CPA's P.C.**<br>**One Hudson City Center, Suite 203**<br>**Hudson, NY 12534** | **1989-Present** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.  **Deborah L. Jones**<br>**170 Newry Lane**<br>**Greenville, NY 12083** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Clifton Park Hospitality Inc.**<br>**7 Northside Drive**<br>**Clifton Park, NY 12065** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Debtor | Clifton Hospitality Inc. | | Case number *(if known)*  **19-11094-1** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lynn Carnevale | 7 Northside Drive<br>Clifton Park, NY 12065 | Director, President, Treasurer | 55 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frank M. Carnevale | 7 Northside Drive<br>Clifton Park, NY 12065 | Director, Vice President, Secretary | 9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Toni Carnevale | 7 Northdside Drive<br>Clifton Park, NY 12065 | Shareholder | 9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Felicia Carnevale | 7 Northside Drive<br>Clifton Park, NY 12065 | Shareholder | 9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nicole L. Carnevale | 7 Northside Drive<br>Clifton Park, NY 12065 | Shareholder | 9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lori A. DiPace | 7 Northside Drive<br>Clifton Park, NY 12065 | Shareholder | 9 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Debtor | Clifton Hospitality Inc. | Case number *(if known)*  19-11094-1 |
|---|---|---|

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Signature of individual signing on behalf of the debtor

Frank M. Carnevale
Printed name

Position or relationship to debtor

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re   **Clifton Hospitality Inc.**                                                    ,
        **DBA Park Manor Hotel**

                         Debtor               Case No.   **19-11094-1**

                                              Chapter   **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**04-3724094**

## CERTIFICATION OF MAILING MATRIX - AMENDED

I,(we),  **Francis J. Brennan**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:   7/1/19

                                     Francis J. Brennan
                                     Attorney for Debtor/Petitioner
                                     (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

A-Verdi LLC
14150 Route 31
Savannah, NY 13146


Access Hotel Management LLC
c/o Capital Services, Inc.
1218 Central Avenue, Suite 100
Albany, NY 12205


AccountsReceivable.com
Acct No 18327690
1806 33rd Street, Suite 180
Orlando, FL 32839


Ale Solutions, Inc.
One W. Illinois Street, Ste #300
Saint Charles, IL 60174


All Seasons Textile Services, Inc.
9 Taylor Avenue
P.O. Box 222
Clinton, NY 13323


Alliance Reservations Network
428 East Thunderbird Road, #247
Phoenix, AZ 85022


American Express
P.O. Box 1270
Newark, NJ 07101


American Hotel Register Company
Acct No xx0401
100 South Milwaukee Avenue
Vernon Hills, IL 60061-4305


AmTrust North America
Acct No xxx0487
800 Superior Avenue E
Cleveland, OH 44114


Ascentium Capital LLC
Acct No xxx5339
23970 Highway 59N
Kingwood, TX 77339

Askco Electric Supply Inc.
Acct No COMSUI
14 Cooper Street
P.O. Box 2176
Glens Falls, NY 12801


Assa Abloy Entrance Systems US Inc.
Acct No xx0045
1900 Airport Road
Monroe, NC 28110


Assa Abloy Entrance Systems US Inc.
1900 Airport Road
Monroe, NC 28110


Booking.com
P.O. 414462
Boston, MA 02241-4462


Brennan & Clark
Acct No CL0022841P
Attn: Dennis Miller
721 East Madison Street, Suite 200
Villa Park, IL 60181


Carbon's Golden Malted
4101 William Richardson Drive
South Bend, IN 46628


Casella Waste Services
P.O. Box 1372
Williston, VT 05495-1372


Celtic Bank
c/o Kabbage
P.O. Box 77081
Atlanta, GA 30357


Century Linen
335 North Main Street
Gloversville, NY 12078


Choice Hotels International
Acct No xxx28-03
P.O. Box 99992
Chicago, IL 60696-7792

Choice Hotels International, Inc.
Acct No xY228
Attn: TMI
1 Choice Hotels Circle, Suite 400
Rockville, MD 20850


Clifton Motel II, LLC
7 Northside Drive
Clifton Park, NY 12065


Clifton Motel II, LLC
7 Nortside Drive
Clifton Park, NY 12065


Clifton Park Water Authority
Acct No xx9413
661 Clifton Park Center Road
Clifton Park, NY 12065


Clifton Restaurant Group LLC
7 Northside Drive
Clifton Park, NY 12065


Clifton Suites, Inc.
7 Northside Drive
Clifton Park, NY 12065


Commtrak
17493 Nassau Commons Blvd
Lewes, DE 19958


County Waste
P.O. Box 431
Clifton Park, NY 12065


Crisafulli Bros. Plumbing & Heating
Acct No xxxx0050
520 Livingston Avenue
Albany, NY 12206


Deep Blue Communications, LLC
7 Century Hill Drive
Latham, NY 12110

Dow Jones & Company
Acct No xx1828
c/o Allen Maxwell & Silver
P.O. Box 540
Fair Lawn, NJ 07410


DSC Alarm
P.O. Box 38216
Albany, NY 12203


ECOLAB
Acct No xxxxx4176
P.O. Box 32027
New York, NY 10087-2027


Expedia, Inc.
P.O. Box 844120
Dallas, TX 75284-4120


Frank M. Carnevale
7 Northside Drive
Clifton Park, NY 12065


Functional Comm. Corp.
Acct No xx3767
23 Krey Blvd
Rensselaer, NY 12144


Gauch Distributing
474 North Greenbush Road
Rensselaer, NY 12144


Halpern Travel
121 Loring Avenue, Suite 425
Salem, MA 01970


HD Supply Facilities Maintenance, Ltd.
Acct No xxx3773
P.O. Box 509058
San Diego, CA 92150-9058


Industrial Chem Labs
55 Brook Avenue
Deer Park, NY 11729

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IOU Financial
600 Town Park Lane, Suite 140
Kennesaw, GA 30144


KeyBank
Acct No xxxxxx6058
Commercial Loan Department
P.O. Box 94525
Cleveland, OH 44101-4525


Leland Paper Company, Inc.
10 Leland Drive
Glens Falls, NY 12801


Leonardo Worldwide Corp.
P.O. 311116
Detroit, MI 48231-1116


Lew's Lawn Care
12A New Shaker Road
Albany, NY 12205


Lynn and Frank M. Carnevale, Trustees
7 Northside Drive
Clifton Park, NY 12065


Lynn Carnevale
7 Northside Drive
Clifton Park, NY 12065


Lynn Carnevale and Frank M. Carnevale
7 Northside Drive
Clifton Park, NY 12065


Merchant Data Solutions
207 NY 355
Poestenkill, NY 12140

Michigan Millers Mutual Insurance Co.
Acct No xxxxxx841P
c/o Arthur J. Gallagher Risk Mgmt Svcs
677 Broadway, 4th Floor
Albany, NY 12207


Morgan Linen Service
145 Broadway
Menands, NY 12204


National Business Leasing
505 Bradford Street
Albany, NY 12206


National Business Technologies
Acct No xx0927
505 Bradford Street
Albany, NY 12206


National Grid
Acct No xxxxx-x8000
300 Erie Boulevard West
Syracuse, NY 13252


National Grid
Acct No xxxxx-x2001
300 Erie Boulevard West
Syracuse, NY 13252


NCB Management Services, Inc.
Acct No xx4768
P.O. Box 1099
Langhorne, PA 19047


New York State Department of Labor
Acct No xxxx xxxxxxx0478
Division of Labor Standards
State Office Building 12, Room 185A
Albany, NY 12240-0125


Noah Bank
7301 Old York Road
Elkins Park, PA 19027

NYS Department of Tax & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300


NYSEG
Acct No xxxx-xxx1-005
Corporate Offices
1387 Dryden Road
Ithaca, NY 14850-8810


Office of the Saratoga County Treasurer
Hotel Tax Department
40 McMaster Street
Ballston Spa, NY 12020


Onyx CenterSource
5420 Lyndon B. Johnson Fwy #900
Dallas, TX 75240


Orkin
Acct No xxxx4231
5 Hemlock Street
Latham, NY 12110-2235


Otis Elevator Company
Acct No xx0159
5500 Village Blvd, Suite 102
West Palm Beach, FL 33407


Pattison Koskey Howe & Bucci PC
One Hudson City Center, Suite 203
Hudson, NY 12534


Performance Food Service
Acct No xxxxxx8618
12500 West Creek Parkway
Henrico, VA 23238


Price Chopper
Acct No xxxx3145
c/o TRS Recovery Services, Inc.
P.O. Box 60022
City of Industry, CA 91716-0022

Pro Tech Automatic Sprinklers
59 Exchange Street
Albany, NY 12205


Quality Cleaners
Acct No xxxxxx2255
15 Park Avenue
Shopper's World Plaza
Clifton Park, NY 12065


R&D Industries, Inc.
Acct No xxxM002
812 10th Street
Milford, IA 51351


RBM-Guardian Fire Protection, Inc.
8 Enterprise Drive
Albany, NY 12204


RFID Hotel
55 Skyline Drive, Suite 2850
Lake Mary, FL 32746


Sabre Hospitality Solutions
Acct No xxxx6509
3150 Sabre Drive
Southlake, TX 76092


Sam's Club/GECRB
Acct No xxxxxxxxxxxx2665
P.O. Box 530942
Atlanta, GA 30353-0942


Saratoga Eagle
Acct No x1830
45 Duplainville Road
Saratoga Springs, NY 12866


Sherwin Williams
Acct No xxxxxx3385
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146

Sonifi Solutions, Inc.
Acct No xxxxx82.01
3900 West Innovation Street
Sioux Falls, SD 57107-7002


Southern Glazer's of NY Upstate
Acct No x8503
P.O. Box 4705
Syracuse, NY 13221-4705


Sunshine Landscaping
733 Waite Road
Clifton Park, NY 12065


Sysco Food Service
Acct No xx7549
One Liebich Lane
Clifton Park, NY 12065


Telesys
251 New Karner Road
Albany, NY 12205


The Basil Law Group
1270 Broadway, Suite 305
New York, NY 10001


The Basil Law Group, P.C.
Attn: Robert J. Basil, Esq.
1270 Broadway, Suite 305
New York, NY 10001


The Daily Gazette Co Inc.
Acct No xxx2354
P.O. Box 1090
Schenectady, NY 12301-1000


The Ice Farm Inc.
6500 New Venture Geer Drive, Suite 7594
East Syracuse, NY 13057


Time Warner Cable
Acct No xxx-xxxxxxxx2-001
P.O. Box 0872
Charlotte, NC 28272-0872

Time Warner Cable
Acct No xxx-xxxxxxxx1-001
P.O. Box 0872
Charlotte, NC 28272-0872


Travel Tripper LLC
370 Lexington Avenue Suite 1601
New York, NY 10017


TravelNet
9900 Hemingway Avenue
South Cottage Grove, MN 55016


U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416


Upstate Food Equipment
P.O. Box 600
Baldwinsville, NY 13027


W.B. Mason Co., Inc.
Acct No xxxx0019
59 Centre Street
Brockton, MA 02301


William Roam
Acct No xx193W
3131 North Franklin Road, Suite C
Indianapolis, IN 46226


World Web Technologies, Inc.
P.O. Box 234
T1X 1K8
Chestermere, AB